UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAHNAM DAVANI,<br><br>Defendant. | Case No. 04-cr-00224-JSW-1<br><br>**ORDER GRANTING GOVERNMENT REQUEST TO REDIRECT RESTITUTION TO CRIME VICTIMS FUND**<br><br>No. 137 |

The Court has received and considered the Government's request to redirect restitution owed to Credit Suisse Securities to the Crime Victims Fund (the "Fund"), Defendant's response, and the Government's reply. The Court denies Defendant's request to defer ruling on this request and finds GOOD CAUSE to redirect restitution payments to the Fund. *See United States v. Hankins*, 858 F.3d 1273, 1281 (9thc Cir. 2017). Accordingly, the Clerk is HEREBY ORDERED to direct that any restitution held on behalf of Credit Suisse Securities be directed to the Fund and that barring a further order of the Court all future restitution payments owed to Credit Suisse Securities be directed to the Fund.

**IT IS SO ORDERED**.

Dated: May 31, 2023

_____
JEFFREY S. WHITE
United States District Judge

Cc: Finance Office